CITY OF NEW YORK, Respondent, v TRANSPORTAZUMAH LLC, Appellant.

Submitted February 4, 2013; decided March 28, 2013

Motion, insofar as it seeks leave to appeal from so much of the Appellate Division order as affirmed the October 2011 Supreme Court order, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of COUNTY OF NASSAU et al., Appellants, v STATE OF NEW YORK et al., Respondents, and NEW YORK STATE BOARD OF ELECTIONS et al., Respondents.

Submitted December 24, 2012; decided March 28, 2013

Motion, insofar as made by Nassau County Board of Elections and William T. Biamonte, for leave to appeal from so much of the Appellate Division order as affirmed the Supreme Court judgment, dismissed upon the ground that those parties, having not appealed from the judgment to the Appellate Division, may not appeal to the Court of Appeals from that part of the Appellate Division order affirming the judgment; motion, insofar as made by County of Nassau and John A. DeGrace, for leave to appeal from so much of the Appellate Division order as affirmed the Supreme Court judgment, denied; motion for leave to appeal otherwise dismissed upon the ground that the remaining portions of the Appellate Division order do not finally determine the proceeding within the meaning of the Constitution.

In the Matter of FORREST S.-R., an Infant. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; SHIRLEY X.S., Appellant. FORREST R., Nonparty Respondent.

Submitted January 28, 2013; decided March 28, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.